## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **SAMUEL J. LIVINGSTON,** | Case No. 1:17-CV-1936 |
| Plaintiff, | MAGISTRATE JUDGE DAVID A. RUIZ |
| vs. | **DEFENDANTS' MOTION TO WITHDRAW THEIR PENDING MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE** |
| **ANGELO CALVILLO, et. al.,** Defendants. | |

Now come Defendants, the City of Cleveland, Angelo Calvillo, and Michael Odum, by and through counsel, and, per the November 29, 2018 status conference and Court's directive, hereby withdraw their pending Motion for Summary Judgment, filed November 21, 2018, without prejudice.

Respectfully submitted,

**ZASHIN & RICH CO., L.P.A**.

*/s/ Jon M. Dileno*
**JON M. DILENO (0040836)**
**PATRICK M. WATTS (0075099)**
**JESSI L. ZISKA (0096750)**
Zashin & Rich Co., LPA
950 Main Avenue, 4th Floor
Cleveland, Ohio 44113
Phone: 216.696.4441
Fax: 216.696.1618
jmd@zrlaw.com
pmw@zrlaw.com
jlz@zrlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Defendant's Motion to Withdraw Their Motion for Summary Judgment* was served this 30th day of November, 2018, via the Court's electronic filing system.

*/s/ Jon M. Dileno*
**JON M. DILENO (0040836)**
jmd@zrlaw.com